UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH M. GOMEZTAGLE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-01792-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 11)<br><br>ORDER CONTINUING MARCH 11, 2026, SCHEDULING CONFERENCE<br><br>(Doc. 4) |

On December 9, 2025, Plaintiff Deborah M. Gomeztagle ("Plaintiff"), on her own behalf and on behalf of the estate of her son, decedent Enrique Gomeztagle, initiated this action with the filing of a complaint against Defendants California Department of Corrections and Rehabilitation ("CDCR"), doing business as North Kern State Prison ("NKSP"), Warden Kevin Hixon, Director Gena Jones, and Secretary Jeff Macomber (collectively, "Defendants"). (Doc. 1). A scheduling conference is set for March 11, 2026, at 9:00 AM in Bakersfield (CDB) before the undersigned. (Doc. 4). On January 27, 2026, the parties stipulated pursuant to Local Rule 144(a) for an initial extension of time for Defendants to file a responsive pleading to the complaint by February 24, 2026. (Doc. 9).

Pending before the Court is the parties' joint motion for administrative relief and construed stipulated request, filed on February 13, 2026, to extend time by 30 days for Defendants to respond

to Plaintiff's complaint through and including March 26, 2026, and to vacate the scheduling conference to be reset following the resolution of the pleadings. (Doc. 11). The parties represent an extension is warranted as Plaintiff's counsel is currently engaged in trial and is temporarily unavailable to continue substantive meet and confer efforts regarding the pleadings, and the parties need additional time to determine whether Plaintiff will amend the complaint, which will inform Defendants' responsive pleading strategy. *Id.* at 2. The parties seek an extension to ensure resources are properly allocated and to avoid expending time and resources in drafting a motion to dismiss which may become moot if Plaintiff decides to amend her complaint. *Id.* at 3-4; (Doc. 11-1, Declaration of Macklin W. Thornton ("Thornton Decl.") ¶ 7).

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1.  Defendants shall file a response to the complaint no later than **March 26, 2026**; and

2.  The scheduling conference set for March 11, 2026, is CONTINUED **to April 14, 2026, at 9:30 AM**. As previously directed, the parties shall file a joint scheduling report at least one week prior to the conference. *See* (Doc. 4).

IT IS SO ORDERED.

Dated:   **February 17, 2026**   _____
UNITED STATES MAGISTRATE JUDGE

2